UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DORIAN STUDIO, INC., <br><br> Plaintiff, <br><br> -against- <br><br><br> CANON SOLUTIONS AMERICA, INC., and CANON FINANCIAL SERVICES, INC. <br><br> Defendants. | 20-cv-3204 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, see transcript, 07/07/2020, Canon Solutions America, Inc.'s motion to dismiss the complaint for lack of subject matter jurisdiction is denied and its motion to dismiss the Washington Consumer Protection Act claim is granted.

SO ORDERED.

Dated:    New York, NY

         July 7, 2020

_____
JED S. RAKOFF, U.S.D.J.

1